**Order filed April 12, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00457-CV
_____

**CONCERT HEALTH PLAN, INC., AKA CONCERT HEALTH PLAN AKA CONCERT HEALTH PLAN INSURANCE COMPANY, Appellant**

**V.**

**HOUSTON NORTHWEST PARTNERS, LTD DBA HOUSTON NORTHWEST MEDICAL CENTER AND MULTIPLAN CORPORATION AKA MULTIPLAN, INC. AND PRIVATE HEALTHCARE SYSTEMS, INC AKA PHCS, Appellee's**

**On Appeal from the 157th District Court
Harris County, Texas
Trial Court Cause No. 2010-21478**

## O R D E R

The clerk's record was filed June 19, 2012. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain the findings of facts and conclusions of law signed July 12, 2012.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before April 30, 2013, containing the findings of facts and conclusions of law signed July 12, 2012.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM